Kevin Ray **ADAMS**, Movant–Appellant,

v.

**STATE** of Missouri, Respondent.

No. WD 40976.

Missouri Court of Appeals,
Western District.

April 25, 1989.

John A. Klosterman, Columbia, for movant-appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SHANGLER, P.J., and MANFORD and LOWENSTEIN, JJ.

## ORDER

PER CURIAM:

Direct appeal from a judgment denying post-conviction relief sought pursuant to Rule 27.26 (now repealed).

Judgment affirmed. Rule 84.16(b).